to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–1024. FEDERAL AVIATION ADMINISTRATION ET AL. *v.* COOPER. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1018.] Motion of the Solicitor General to dispense with printing the joint appendix granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–1018. FILARSKY *v.* DELIA. C. A. 9th Cir. Certiorari granted.

No. 10–1211. VARTELAS *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari granted.

No. 10–1472. TANIGUCHI *v.* KAN PACIFIC SAIPAN, LTD., DBA MARIANAS RESORT AND SPA. C. A. 9th Cir. Certiorari granted.

No. 10–1399. ROBERTS *v.* SEA-LAND SERVICES, INC., ET AL. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 10–1542. HOLDER, ATTORNEY GENERAL *v.* MARTINEZ GUTIERREZ; and

No. 10–1543. HOLDER, ATTORNEY GENERAL *v.* SAWYERS. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour is allotted for oral argument.

No. 10–9995. WOOD *v.* MILYARD, WARDEN, ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following questions: (1) Does an appellate court have the authority to raise *sua sponte* a 28 U. S. C. § 2244(d) statute of limitations defense? (2) Does the State's declaration before the District Court that it "will not challenge, but [is] not conceding, the timeliness of Wood's habeas petition," amount to a deliberate waiver of any statute of limitations defense the State may have had?

No. 11–139. UNITED STATES *v.* HOME CONCRETE & SUPPLY, LLC, ET AL. C. A. 4th Cir. Certiorari granted.